The Disciplinary Review Board having filed with the Court its decision in DRB 18-198, concluding that as a matter of reciprocal discipline pursuant to
 
 Rule
 
 1:20-14(a)(4)(E),
 
 Frederick S. Lowenberg
 
 of
 
 Philadelphia, Pennsylvania,
 
 who was admitted to the bar of this State in 2009, and whose license was administratively revoked on August 28, 2017, pursuant to
 
 Rule
 
 1:28-2(c), should be censured;
 

 And the determination of the Disciplinary Review Board being based on discipline imposed in Pennsylvania for unethical conduct that in New Jersey constitutes violations of
 
 RPC
 
 1.1(a) (gross neglect),
 
 RPC
 
 1.16(d) (failure to refund an unearned fee),
 
 RPC
 
 1.3 (lack of diligence),
 
 RPC
 
 8.1(b) (failure to cooperate with disciplinary authorities), and
 
 RPC
 
 8.4(d) (conduct prejudicial to the administration of justice);
 

 And good cause appearing;
 

 It is ORDERED that
 
 Frederick S. Lowenberg
 
 is hereby censured; and it is further
 

 ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further
 

 ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual
 expenses incurred in the prosecution of this matter, as provided in
 
 Rule
 
 1:20-17.